UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT S. LAUGHLIN, et al.,<br><br>Defendants. | No. 2:12-cv-1990 MCE GGH PS<br><br><br><br>ORDER |

On October 4, 2013, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  No objections were filed.

Accordingly, the court presumes any findings of fact are correct.  See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The Court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Findings and Recommendations in full.

Accordingly, IT IS ORDERED that the Findings and Recommendations filed October 4, 2013 (ECF No. 36), are ADOPTED and

1

1. The government's motion to strike and to dismiss second counterclaim, filed May 13, 2013, (ECF No. 29), is GRANTED in part;

2. Defendants' counter-claim, filed April 22, 2013 (ECF No. 28), is stricken and the Clerk of the Court is directed to enter the default of defendants Robert Laughlin and Barbra Laughlin.

Dated:  November 5, 2013

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT