UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 2:12-cv-1990 MCE GGH PS |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| ROBERT S. LAUGHLIN, et al., | |
| Defendants. | |

On November 6, 2013, defendants' default was entered by the Clerk pursuant to the court's order. (ECF Nos. 39, 40.)

Accordingly, IT IS ORDERED that: The government shall file a motion for default judgment within thirty days of this order.

Dated: January 24, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/U.S.Laughlin1990.defjmt

1