UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States  ,<br><br>              Plaintiff,<br><br>     v.<br><br>Laughlin, et al,<br><br>              Defendant. | Case No. 2:12-cv-1990 MCE GGH<br><br>**DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Robert S. Laughlin and Barbra P. Laughlin

Date: August 15, 2014                                                    MARIANNE MATHERLY, CLERK

                                                                                            By: /s/ C. Manzer
                                                                                            Deputy Clerk